# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Union Pacific Railroad Company

                                                Plaintiff,

v.                                                    Case No.: 1:19−cv−07957

                                                   Honorable Jorge L. Alonso

Commuter Rail Division of the Regional Transportation Authority

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso:Defendant Metra's motion for leave to file brief in excess of fifteen pages [97] is granted. Motion hearing set for 11/23/20 is stricken. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.