# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Union Pacific Railroad Company,

Plaintiff(s),

v.

Commuter Rail Division of the Regional Transportation Authority

Defendant(s).

Case No. 19 C 7957
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Union Pacific is entitled to a judgment declaring Union Pacific Railroad has no common carrier obligation to provide services (operating trains, selling tickets and collecting fares) to Metra for its commuter rail services on the Union Pacific North, Union Pacific West and Union Pacific Northwest lines.

This action was *(check one)*:

☐ tried by a jury with Judge                         presiding, and the jury has rendered a verdict.
☐ tried by Judge                                     without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso.

Date: 9/23/2021                    Thomas G. Bruton, Clerk of Court

                                   Lesley Fairley              , Deputy Clerk