UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Union Pacific Railroad Company
                              Plaintiff,
v.                                             Case No.:
                                               1:19−cv−07957
                                               Honorable Jorge L. Alonso

Commuter Rail Division of the Regional
Transportation Authority
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion for leave to file brief in excess of fifteen pages [107] is granted. Plaintiff's response to Defendant's motion to alter or amend judgment shall be filed by 11/12/21; Defendant's reply shall be filed by 11/29/21. Motion hearing date of 10/19/21 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.